UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YA II PN, LTD.,

Plaintiff,

-against-

TRILLER GROUP, INC. f/k/a AGBA GROUP HOLDING LIMITED; WING-FAI NG; ROBERT DIAMOND; and RICHARD TSAI MING HSING,

Defendants.

Case No. 1:26-cv-06569-ER

**PRELIMINARY INJUNCTION ORDER**

After considering the Memorandum of Law in Support of Plaintiff's Proposed Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, the Declarations of Mark A. Angelo and Caryn G. Schechtman and Exhibits submitted in connection therewith, the supporting evidence, and the arguments of counsel, the Court finds that grounds for issuing a Preliminary Injunction in favor of Plaintiff YA II PN, Ltd. ("Yorkville") exist. Accordingly, the Court issues this Preliminary Injunction Order pursuant to Federal Rule of Civil Procedure ("Rule") 65(a), as follows:

(a) Defendant Triller Group, Inc. f/k/a AGBA Group Holding Limited ("Triller Group") shall, within one (1) business day of entry of this Order, instruct its transfer agent, Continental Stock Transfer & Trust Company ("Continental"), to issue the 32,569 common shares of Triller Group to Yorkville that Yorkville requested in its June 25, 2026 conversion notice (attached as Exhibit 19 to the Declaration of Mark A. Angelo (the "Angelo Declaration")) (the "June 25 Conversion Notice"), in

compliance with the June 25 Conversion Notice and in light of the opinions set forth in the August 5, 2026 opinion letter from Fox Rothschild, LLP (attached as Exhibit 24 to the Angelo Declaration).

(b) Triller Group shall comply with its obligations under the Amended and Restated Secured Convertible Promissory Note dated June 28, 2024 (attached as Exhibit 3 to the Angelo Declaration) with respect to all valid future conversion notices that Yorkville delivers to Triller Group under Section 3 of the Note, including (without limitation) by instructing its transfer agent within three (3) Trading Days (as defined by the Note) of receipt of such notice to deliver the shares requested in any future valid conversion notice.

(c) Triller Group shall not engage in any conduct that frustrates the purpose of this Order.

This Order is effective until the final hearing and determination of this action or until further order of the Court.

Plaintiff Yorkville shall not be required to post any bond or other security under Rule 65(c) in light of Section 3(d)(v) of the Note.

Signed on August 18, 2026 in New York, New York.

Honorable Edgardo Ramos
United States District Judge