UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YA II PN, LTD.,

Plaintiff,

-against-

TRILLER GROUP, INC. f/k/a AGBA GROUP HOLDING LIMITED; WING-FAI NG; ROBERT DIAMOND, JR.; and RICHARD TSAI MING HSING,

Defendants.

Case No. 1:26-cv-06569-ER

## ~~[PROPOSED]~~ AMENDED PRELIMINARY INJUNCTION ORDER

After considering the Memorandum of Law in Support of Plaintiff's Proposed Order to Show Cause for Temporary Restraining Order and Preliminary Injunction, the Declarations of Mark A. Angelo and Caryn G. Schechtman and Exhibits submitted in connection therewith, in addition to Yorkville's Proposed Order to Show Cause for Civil Contempt Sanctions and Amendment of Preliminary Injunction Order, Memorandum of Law in Support thereof, and Declaration of Caryn G. Schechtman and Exhibits submitted in connection therewith, the supporting evidence, and the arguments of counsel, the Court finds that grounds for issuing a Preliminary Injunction in favor of Plaintiff YA II PN, Ltd. ("Yorkville") exist. Accordingly, the Court issues this Amended Preliminary Injunction Order pursuant to Federal Rule of Civil Procedure ("Rule") 65(a) and Rule 65(d)(2), as follows:

(a) Continental Stock Transfer & Trust Company ("Continental"), as agent for Defendant Triller Group, Inc. f/k/a AGBA Group Holding Limited ("Triller Group") shall at Triller Group's sole cost and expense, within one (1) business day

of entry of this Order, issue the 32,569 common shares of Triller Group to Yorkville that Yorkville requested in its June 25, 2026 conversion notice (attached as Exhibit 19 to the Declaration of Mark A. Angelo (the "Angelo Declaration")) (the "June 25 Conversion Notice"), in compliance with the June 25 Conversion Notice and in light of the opinions set forth in the August 5, 2026 opinion letter from Fox Rothschild, LLP (attached as Exhibit 24 to the Angelo Declaration). Within one (1) business day of effectuating such share delivery, Continental shall file written confirmation with this Court certifying that the shares have been issued and transferred to Yorkville in full compliance with this Order.

(b) Triller Group shall comply with its obligations under the Amended and Restated Secured Convertible Promissory Note dated June 28, 2024 (attached as Exhibit 3 to the Angelo Declaration) with respect to all valid future conversion notices that Yorkville delivers to Triller Group under Section 3 of the Note, including (without limitation) by instructing its transfer agent within three (3) Trading Days (as defined by the Note) of receipt of such notice to deliver the shares requested in any future valid conversion notice.

(c) If, within one (1) business day of the deadline for Triller Group to instruct Continental to deliver requested shares as required by Part (b) above, Triller Group fails to provide such instruction, Continental shall, at Triller Group's sole cost and expense, deliver the requested shares without any instruction from or action by Triller Group. Within one (1) business day of effectuating such share delivery, Continental shall file written confirmation with this Court certifying that the shares have been issued and transferred to Yorkville in full compliance with this Order.

(d) Triller Group and Continental shall not engage in any conduct that frustrates the purpose of this Order.

Pursuant to Rule 70(a), it is further hereby ordered that the Court appoints Continental to issue and transfer all Triller Group shares subject to this Order on behalf of Triller Group, without any instruction from or action by Triller Group as set forth in this Order.

This Order is effective until the final hearing and determination of this action or until further order of the Court.

Plaintiff Yorkville shall not be required to post any bond or other security under Rule 65(c) in light of Section 3(d)(v) of the Note.

Signed on September 10, 2026 at ______________________ in New York, New York.

Honorable Edgardo Ramos
United States District Judge