UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YA II PN, LTD., *Plaintiff,* v. TRILLER GROUP, INC. f/k/a AGBA GROUP HOLDING LIMITED, et al., *Defendants*. | ) | **NOTICE OF APPEARANCE** Case No. 1:26-cv-06569 |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Harnelle C. St Cloud, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant Robert E. Diamond, Jr., and request that copies of all papers in this action be served on me at the address set forth below.

Dated: New York, New York
October 2, 2026

DECHERT LLP

By: */s/ Harnelle C. St Cloud*
Harnelle C. St Cloud
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel.: (212) 698-3500
Fax: (212) 698-3599
harnelle.stcloud@dechert.com

*Attorney for Defendant Robert E. Diamond, Jr.*