UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YA II PN, LTD.,

Plaintiff,

*-against-*

TRILLER GROUP INC., *et al.*,

Defendants.

**ORDER**

26-cv-06569 (ER)

RAMOS, D.J.:

YA II PN, Ltd. ("Yorkville") filed this action against Triller Group, Inc., Wing-Fai Ng, Robert Diamond, Jr., and Richard Tsai Ming Hsing ("Tsai") on July 31, 2026. Doc. 1. Yorkville filed a motion for the issuance of a request for international judicial assistance to effect service of process on Tsai on September 23, 2026. Doc. 56. The motion is thus far unopposed.

Any party who wishes to file an opposition brief to Yorkville's motion is directed to do so by October 15, 2026, or else the motion will be deemed unopposed.

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS
United States District Judge